IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-119-KDB-DCK

| WILLIAM T. JARVIS, | ) |
| --- | --- |
| Plaintiffs, | ) |
| v. | ) ORDER |
| IREDELL COUNTY DETENTION CENTER, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's motion to receive Court-filed mailings and documents by certified mail (Document No. 7) filed October 5, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's motion to receive Court-filed mailings and documents by certified mail (Document No. 7) is **GRANTED**. The Clerk of Court is directed to send copies of Court orders and other related Court documents to *pro se* Plaintiff by certified U.S. mail, return receipt requested.

**SO ORDERED**.

Signed: October 5, 2023

David C. Keesler
United States Magistrate Judge